Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASEFA ESHETE BELETE,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH T. CUCCINELLI, *et al.*,<br><br>Defendants. | No. C20-01270 RSM<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>**October 26, 2020** |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear their own fees or costs.

//

//

//

//

//

//

STIPULATED ORDER FOR DISMISSAL.
(C20-01270 RSM) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

Dated: October 26, 2020

Respectfully submitted,

United States Attorney's Office

| | |
|---|---|
| *s/ Bart Klein* | */s/ Michelle R. Lambert* |
| BART KLEIN WSBA #10909 | MICHELLE R. LAMBERT |
| Law Offices of Bart Klein | NYS#4666657 |
| WSBA # 10909 | Assistant United States Attorney |
| 605 First Avenue South, Suite 500 | United States Department of Justice |
| Seattle, WA 98104 | 1201 Pacific Avenue, Suite 700 |
| Tel.: (206) 624-3787 | Tacoma, WA 98402 |
| Fax: (206) 624-6371 | Tel.: (253) 428-3824 |
| Bart.Klein@bartklein.com | Email: michelle.lambert@usdoj.gov |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

STIPULATED ORDER FOR DISMISSAL.
(C20-01270 RSM) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED.  The case is dismissed without prejudice with each party to bear their own costs.

SO ORDERED.

DATED this 27th day of October, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR DISMISSAL.
(C20-01270 RSM) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800